IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-00245-CG |
| ) | |
| CHRISTOPHER SHANNON ) | |
| PARKS, ) | |
| ) | |
| Defendant. | |

**ORDER**

This matter is before the Court on the Government's Notice of Appeal from the Magistrate Judge's Order setting amended conditions of release (Doc. 47). The Court has reviewed, de novo, the Order, the Government's Notice of Appeal (Doc. 48) and the Defendant's Response in Opposition (Doc. 49). In addition, the Court has listened to the recording of the proceeding regarding the bond hearing. The Court finds that the Magistrate Judge's Order amending the conditions of release is due to be and is hereby AFFIRMED.

The defendant is put on notice, however, that should he violate any further conditions of release, including only technical violations, his bond will be revoked without a hearing, pending sentencing.

DONE and ORDERED this 26th day of February, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE